**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

| | | |
|---|---|---|
| MARK CAIRNS, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | NO.  2:14-CV-05671 |
| | : | |
| HIBU PLC, et al. | : | |
| | : | |
| Defendants. | : | |

---

**ORDER**

AND NOW, this _____ day of _____, 2015, upon consideration of the Defendants hibu, Inc., hibu PLC and Michael Pocock's ("Defendants") Motion for Extension of Time to Answer, and any response or reply thereto, it is hereby ORDERED that the Motion is GRANTED and the Defendants shall file an answer by May 15, 2015.

_____
Nitza I. Quinones Alejandro, U.S.D.J.