IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK CAIRNS, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 2:14-CV-05671 |
| HIBU PLC, et al. | : | |
| Defendants. | : | |

**CERTIFICATE OF SERVICE**

I, Dennis M. Mulgrew, certify that on the date set forth below, I caused a true and correct copy of the foregoing Motion for Extension of Time to Answer to be served via ECF and email upon counsel for Plaintiff at the following:

Clifford Haines, Esq.
Haines & Associates
1835 Market Street
Suite 2420
Philadelphia, PA 19103
chaines@haines-law.com

Dated: May 8, 2015        /s/ *Dennis M. Mulgrew*
                          Dennis M. Mulgrew