IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK CAIRNS, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 2:14-CV-05671 |
| HIBU PLC, et al. | : | |
| Defendants. | : | |

## ORDER

AND NOW, this 13th day of May, 2015, upon consideration of the Defendants hibu, Inc., hibu PLC and Michael Pocock's ("Defendants") Motion for Extension of Time to Answer, and any response or reply thereto, it is hereby ORDERED that the Motion is GRANTED and the Defendants shall file an answer by May 15, 2015.

BY THE COURT:

_____
Nitza I. Quinones Alejandro, U.S.D.J.

80912203.2