IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:14-cv-05671

## APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I. APPLICANT'S STATEMENT

I, __Bret A. Cohen__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A. I state that I am currently admitted to practice in the following state jurisdictions:

| See Exh. A | | |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B. I state that I am currently admitted to practice in the following federal jurisdictions:

| See Exh. A | | |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C. I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am entering my appearance for    Hibu PLC; Hibu Inc.; and Mike Pocock

(Applicant's Signature)

May 7, 2015
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.

One Financial Center, Boston, MA 02111

(617) 348-3089

Sworn and subscribed before me this

7th Day of May, 2015

Mary Olivia Gaffney
Notary Public

MARY OLIVIA GAFFNEY
Notary Public
Commonwealth of Massachusetts
My Commission Expires May 7, 2021

10/04

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ____Bret A. Cohen____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| David J. Woolf, Esq. | [signature] | 12/10/1998 | 76484 (PA) |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Drinker Biddle & Reath, LLP

One Logan Square, Ste. 2000

Philadelphia, PA 19103-6996  Tel: 215-988-2700

Sworn and subscribed before me this

15th Day of May, 2015

Margaret A. Bello
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
MARGARET A. BELLO, Notary Public
City of Philadelphia, Phila. County
My Commission Expires August 27, 2018