# Exhibit A to Application for Admission Pro Hac Vice

Bret A. Cohen, Esq. is admitted to practice in the following jurisdictions:

| Jurisdiction | Date of Admission | Attorney Registration Number |
|---|---|---|
| District of Columbia | 2006 | 49637-7 |
| State of Illinois | 1993 | 62173-58 |
| Commonwealth of Massachusetts | 1997 | 637830 |
| State of Missouri | 1997 | 42368 |
| State of New Hampshire | 2004 | 15989 |
| State of New York | 2009 | 4729943 |
| United States Court of Appeal for the Sixth Circuit | June 4, 2013 | N/A |
| United States District Court for the Central District of Illinois | 2/24/1997 | N/A |
| United States District Court for the District of Massachusetts | 12/15/1997 | N/A |
| United States District Court for the Northern District of Illinois | 8/15/2011 | N/A |
| | | |

79553839.1