IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK CAIRNS | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| HIBU PLC et al. | : | NO.   2:14-cv-05671 |

### CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the application of  Bret A. Cohen

Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant

proposed Order which, if granted, would permit such practice in this court was mailed today with

postage prepaid to:

Clifford E. Haines

Haines & Associates

1835 Market St., Ste. 2420, Philadelphia, PA 19103

_____
Signature of Attorney

Dennis M. Mulgrew, Jr.
Name of Attorney

Hibu PLC; Hibu Inc.; and Mike Pocock
Name of Moving Party

5/15/15
Date