IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

Civil Action No# 2:14-cv-05671

### *APPLICATION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)*

#### I. APPLICANT'S STATEMENT

I, _____Gauri Punjabi_____ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b), and am submitting a check, number _____, for the $40.00 admission fee.

A.     I state that I am currently admitted to practice in the following state jurisdictions:

| See Exh. A | | |
|---|---|---|
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |
| (State where admitted) | (Admission date) | (Attorney Identification Number) |

B.     I state that I am currently admitted to practice in the following federal jurisdictions:

| See Exh. A | | |
|---|---|---|
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |
| (Court where admitted) | (Admission date) | (Attorney Identification Number) |

C.     *I state that I am at present a member of the aforesaid bars in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.*

I am entering my appearance for    Hibu PLC; Hibu Inc.; and Mike Pocock

_____
(Applicant's Signature)

5/8/15
(Date)

APPLICANT'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.

One Financial Center, Boston, MA 02111

(617) 348-1760

Sworn and subscribed before me this

8th Day of May, 2015

_____
Notary Public

MARY OLIVIA GAFFNEY
Notary Public
Commonwealth of Massachusetts
My Commission Expires May __, ____

10/04

## II. SPONSOR'S STATEMENT, MOTION AND CERTIFICATE OF SERVICE

The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of ____Gauri Punjabi____ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal courts and that the applicant's private and personal character is good. I certify that this application form was on this date mailed, with postage prepaid, to all interested counsel.

| David J. Woolf, Esq. | *[signature]* | 12/10/1998 | 76484 (PA) |
|---|---|---|---|
| Sponsor's Name | Sponsor's Signature | Admission date | Attorney Identification No. |

SPONSOR'S OFFICE ADDRESS AND TELEPHONE NUMBER:

Drinker Biddle & Reath, LLP

One Logan Square, Ste. 2000

Philadelphia, PA 19103-6996  Tel: 215-988-2700

Sworn and subscribed before me this

15 Day of May, 2015

*[signature]* Margaret A. Bello
Notary Public

**COMMONWEALTH OF PENNSYLVANIA**
NOTARIAL SEAL
MARGARET A. BELLO, Notary Public
City of Philadelphia, Phila. County
My Commission Expires August 27, 2018