## Exhibit A to Application for Admission Pro Hac Vice

Gauri Punjabi, Esq. is admitted to practice in the following jurisdictions:

| Jurisdiction | Date of Admission | Attorney Registration Number |
| --- | --- | --- |
| Commonwealth of Massachusetts | December 4, 2009 | 675781 |
| State of Rhode Island | June 18, 2012 | 8740 |
| United States Court of Appeals for the First Circuit | 2013 | N/A |
| United States District Court for the District of Massachusetts | January 2011 | N/A |
| United States District Court for the District of Rhode Island | February 14, 2014 | N/A |

79553491.1