APPENDIX X

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK CAIRNS | : | CIVIL ACTION |
| v. | : | |
| HIBU PLC et al. | : | NO. 2:14-cv-05671 |

### ORDER

AND NOW, this _____ Day of _____, 20___, it is hereby

ORDERED that the application of **Gauri Punjabi**, Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED.

☐ DENIED.

_____ J.