IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARK CAIRNS** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 14-5671** |
| **v.** | : | |
| | : | |
| **HIBU PLC, et al.** | : | |
| *Defendants* | : | |

# ORDER

**AND NOW,** this 26th day of May 2015, it is hereby **ORDERED** that a preliminary pretrial conference shall be held on July 9, 2015, at 11:00 AM, in the United States Courthouse, 601 Market Street, Room 4000, Philadelphia, PA.

It is further **ORDERED** that:

1. a party must, without awaiting a discovery request, provide to other parties the disclosures contemplated by Federal Rule of Civil Procedure 26(a), within 14 days of the date of this Order;

2. the parties shall commence discovery immediately; and

3. after conferring with the attorneys of record and all unrepresented parties, the parties are jointly responsible to submit and file a written Report of the Rule 26(f) Meeting with the Clerk no later than ten (10) days prior to the preliminary pretrial conference.

Counsel and any unrepresented party are expected to comply with Federal Rules of Civil Procedure 16 and 26, and Local Rule of Civil Procedure 16.1.

BY THE COURT:

NITZA I. QUIÑONES ALEJANDRO, J.