# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARK CAIRNS** | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | NO. 14-5671 |
| v. | : | |
| | : | |
| **HIBU PLC**, *et al.* | : | |
| *Defendants* | : | |

## SCHEDULING ORDER

**AND NOW**, this 5th day of August 2015, upon the completion of the initial pretrial conference and pursuant to the provisions of Federal Rule of Civil Procedure 16, it is hereby **ORDERED** that:

1. Prior to the completion of discovery, the parties may request a referral to the Honorable Magistrate Judge Lynne A. Sitarski, United States District Court, to schedule a settlement conference. Counsel, the parties and/or persons with full settlement authority must appear at the conference unless excused in advance by Magistrate Judge Sitarski.

2. All fact discovery shall be completed by December 18, 2015.

3. Any dispositive motion shall be filed by January 22, 2016, and any response to the dispositive motions shall be filed by February 12, 2016.

4. A final pretrial conference will be held on or about April 8, 2016, to schedule the trial date. Lead trial counsel for each party and any unrepresented party are required to attend. Ten (10) days prior to the final pretrial conference, all parties shall file and submit to the Court a pretrial memorandum that comports with Local Rules 16.1(c) and (d).

Any failure to comply with this Order may result in sanctions.

BY THE COURT:

_____
NITZA I. QUIÑONES ALEJANDRO, J.