# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK CAIRNS | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | NO. 14-5671 |
| v. | : | |
| | : | |
| HIBU PLC, *et al.* | : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 8th day of April 2016, upon consideration of Defendants' *motion to compel discovery responses and documents*, [ECF 33], Plaintiff's opposition thereto, [ECF 34], and Defendants' reply, [ECF 37], it is hereby **ORDERED** that the Motion is **GRANTED**. Within ten (10) days of this Order, Plaintiff shall: (a) provide complete written responses to Defendants' Requests for Production of Documents, as well as all documents responsive thereto; (b) provide amended and complete responses to Defendants' Requests for Admissions Nos. 8, 9, 11, 12 and 16; and (c) provide a computation of damages as required by Federal Rule of Civil Procedure 26(a)(1)(iii).

BY THE COURT:

_____
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*