IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARK CAIRNS,** | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 2:14-cv-05671 |
| **HIBU PLC,** *et al.* | : | |
| Defendants. | : | |

**DEFENDANTS HIBU INC., HIBU PLC AND MICHAEL POCOCK'S
MOTION FOR LEAVE TO FILE A REPLY BRIEF
IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT**

Defendants hibu Inc., hibu plc and Michael Pocock ("Defendants"), by and through their undersigned counsel, hereby move this Court for leave to file a short Reply in response to Plaintiff's Opposition to Defendants' Motion for Summary Judgment, in order that they may briefly address misstatements of law and fact made in Plaintiff's Opposition Brief. Defendants have attached hereto as Exhibit A the Reply which they seek leave to file.

85224647.1

- 2 -

Dated:  May 6, 2016

    *s/ David J. Woolf*
William M. McSwain
David J. Woolf
Dennis M. Mulgrew, Jr.
DRINKER BIDDLE & REATH LLP
One Logan Square, Suite 2000
Philadelphia, PA  19103-6996
Telephone: (215) 988-2700
William.McSwain@dbr.com
David.Woolf@dbr.com
Dennis.Mulgrew@dbr.com


Bret A. Cohen (admitted *pro hac vice*)
Gauri P. Punjabi (admitted *pro hac vice*)
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, P.C.
One Financial Center
Boston, MA  02111
Telephone: (617) 542-6000
bacohen@mintz.com
gppunjabi@mintz.com

85224647.1