IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARK CAIRNS, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | NO. 2:14-cv-05671 |
| HIBU PLC, *et al.* | : | |
| Defendants. | : | |

~~PROPOSED~~ ORDER

THIS MATTER having been opened to the Court by counsel for Defendants hibu Inc., hibu PLC, and Michael Pocock ("Defendants") upon Motion for Leave to File a Reply Brief in Support of its Motion for Summary Judgment, and the Court having considered the motion papers filed herein, and for good cause shown;

IT IS on this ___10th___ day of ___May___, 2016,

ORDERED that Defendants' Motion be and is hereby granted, and the Clerk is directed to file the Reply Brief attached as Exhibit A to the Motion.   **BY THE COURT:**

Date: _____

_____
Nitza I. Quiñones-Alejandro    U.S.D.J.

85224647.1