IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARK CAIRNS** | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | NO. 14-5671 |
| v. | : | |
| | : | |
| **HIBU PLC, et al.** | : | |
| *Defendants* | : | |

# O R D E R

**AND NOW**, this 14th day of June 2016, it is hereby **ORDERED** that the final pretrial conference previously scheduled to be held on June 23, 2016, is **CANCELLED** and **RESCHEDULED** for July 13, 2016 at 4:00 PM in the United States Courthouse, 601 Market Street, Room 8613, Philadelphia, PA. Lead trial counsel for each party and any unrepresented party are required to attend. Ten (10) days prior to the final pretrial conference, all parties shall file and submit to the Court a pretrial memorandum that comports with Local Rule 16.1(c). Any failure to comply with this Order may result in sanctions.

BY THE COURT:

/s/ Nitza I. Quiñones Alejandro
**NITZA I. QUIÑONES ALEJANDRO, J.**