IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MARK CAIRNS**<br>　　*Plaintiff*<br><br>　　v.<br><br>**HIBU PLC, et al.**<br>　　*Defendants* | : CIVIL ACTION<br>:<br>: NO. 14-5671<br>:<br>:<br>:<br>: |

# ORDER

**AND NOW,** this 9th day of August 2016, upon the request of counsel, it is hereby **ORDERED** that this matter is referred to United States Magistrate Judge Lynne A. Sitarski for a settlement conference to be held on August 24, 2016, at 9:30 AM.

BY THE COURT:

/s/ Nitza I. Quiñones Alejandro
**NITZA I. QUIÑONES ALEJANDRO, J.**
*Judge, United States District Court*